WGB/SJH/lmm/#1768070                                                                   07810-07001

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EILEEN M. HUSS, individually and as
Guardian for JOSEPH R. HUSS, JR.,

                      Plaintiff,

                                                            Civil Action No. 07 CV 7028

vs.

IBM MEDICAL AND DENTAL
PLAN and R.A. BARNES, in her capacity as
PLAN ADMINISTRATOR,

                      Defendants.

**PETITION TO ADMIT OUT-OF-STATE COUNSEL**
*PRO HAC VICE*

NOW COMES the Petitioner, William G. Beatty, a duly licensed Illinois attorney, who is also licensed in the United States District Court, Northern District of Illinois, on behalf of plaintiff, Eileen M. Huss, individually and as Guardian for Joseph R. Huss, Jr., here petitions this Honorable Court for the entry of an order allowing the admission, *pro hac vice*, of out-of-state attorney Paul F. Heaton to practice before this Court during the pendency of this case pursuant to Local Rule 83.14. In support of this Petition, the Petitioner respectfully states as follows:

      1.      This case arises from the denial of benefits to Joseph R. Huss, Jr. under the IBM Medical and Dental Plan ("the IBM Plan"). The IBM Plan is governed by ERISA. This action was filed on December 14, 2007 and the defendant has not been served with the summons and complaint.

      2.      Attorney Paul F. Heaton practices at the Milwaukee, Wisconsin law firm of Gass, Weber, Mullins, LLC. The plaintiff has requested that Mr. Heaton participate in the prosecution of this case. Paul F. Heaton is a graduate of Marquette University Law School and is a member in good standing of

the Bar of the State of Wisconsin where he was admitted to practice in 1990. Mr. Heaton is also admitted to practice in the Seventh Circuit Court of Appeals, the United States District Court for the Eastern District of Wisconsin and the United States District Court for the Western District of Wisconsin.

3. The plaintiff has also retained William G. Beatty of the law firm of Johnson & Bell, Ltd., to serve as local counsel for this matter.

4. The Petitioner, William G. Beatty of the law firm of Johnson & Bell, Ltd., will remain as Illinois counsel for the plaintiff throughout the duration of this cause and will continue to assist in the defense of this case as needed.

5. Attached as Exhibit "A" is the proposed Attorney Appearance form for Paul F. Heaton.

WHEREFORE, the Petitioner, William G. Beatty, on behalf of the plaintiff, Eileen M. Huss, individually and as Guardian for Joseph R. Huss, Jr., respectfully prays for the entry of an order admitting Paul F. Heaton, *pro hac vice* to practice before this Court for the duration of this case.

Respectfully submitted,

**s/ William G. Beatty**
William G. Beatty Bar Number: 03121542
Attorney for plaintiff,
  Eileen M. Huss, individually and as
  Guardian for Joseph R. Huss, Jr.
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Telephone: (312) 372-0770
Fax: (312) 372-2881
E-mail: beattyw@jbltd.com

## CERTIFICATE OF SERVICE

    I hereby certify that on December 19, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and will send notification of such filing to:

    IBM Medical and Dental Plan
    R.A. Barnes, in her capacity as Plan Administrator
    3808 Six Forks Road
    Raleigh, NC 27609

via first-class, U.S. mail, postage prepaid.

    **s/ William G. Beatty**
    William G. Beatty Bar Number: 03121542
    Attorney for plaintiff,
        Eileen M. Huss, individually and as
        Guardian for Joseph R. Huss, Jr.
    Johnson & Bell, Ltd.
    33 West Monroe Street, Suite 2700
    Chicago, IL 60603
    Telephone: (312) 372-0770
    Fax: (312) 372-2881
    E-mail: beattyw@jbltd.com

# EXHIBIT A

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number: 07 CV 7028

EILEEN M. HUSS, individually and as Guardian for Joseph R. Huss, Jr. v. IBM MEDICAL AND DENTAL PLAN and R.A. BARNES in her capacity as Plan Administrator

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Eileen M. Huss, individually and as Guardian for Joseph R. Huss, Jr., Plaintiff

| | |
|---|---|
| NAME (Type or print) <br> Paul F. Heaton | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> GASS WEBER MULLINS LLC | |
| STREET ADDRESS <br> 309 North Water Street, 7th Floor | |
| CITY/STATE/ZIP <br> Milwaukee, WI 53202 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 414-223-3300 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐