WGB/SJH/lmm/#1769035                                                                  07810-07001

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

EILEEN M. HUSS, individually and as
Guardian for JOSEPH R. HUSS, JR.,

                      Plaintiff,

                                                  Civil Action No. 07 CV 7028

vs.

                                                  Honorable James B. Zagel

IBM MEDICAL AND DENTAL
PLAN and R.A. BARNES, in her capacity as
PLAN ADMINISTRATOR,

                      Defendants.

---

**NOTICE OF MOTION**

TO:    Clerk of the United States District Court
         Northern District of Illinois, Eastern Division
         219 S. Dearborn Street
         Chicago, IL 60604

         IBM Medical and Dental Plan
         R.A. Barnes, in her capacity as Plan Administrator
         3808 Six Forks Road
         Raleigh, NC 27609

On the **27th day of December, 2007, at 10:15 a.m.**, I shall appear before the Honorable Judge James B. Zagel, Room 2503, or any Judge sitting in his stead, in the courtroom usually occupied by him at 219 South Dearborn, Chicago, Illinois, and shall then and there present the attached **Petition to Admit Out-of-State Counsel** *Pro Hac Vice.*

                                                 s/ **William G. Beatty**
                                                 William G. Beatty Bar Number: 03121542
                                                 Attorney for plaintiff,
                                                    Eileen M. Huss, individually and as
                                                      Guardian for Joseph R. Huss, Jr.
                                                 Johnson & Bell, Ltd.
                                                 33 West Monroe Street, Suite 2700
                                                 Chicago, IL 60603
                                                 Telephone: (312) 372-0770
                                                 Fax: (312) 372-2881
                                                 E-mail: beattyw@jbltd.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and will send notification of such filing to:

> IBM Medical and Dental Plan
> R.A. Barnes, in her capacity as Plan Administrator
> 3808 Six Forks Road
> Raleigh, NC 27609

via first-class, U.S. mail, postage prepaid.

> **s/ William G. Beatty**
> William G. Beatty Bar Number: 03121542
> Attorney for plaintiff,
>     Eileen M. Huss, individually and as
>     Guardian for Joseph R. Huss, Jr.
> Johnson & Bell, Ltd.
> 33 West Monroe Street, Suite 2700
> Chicago, IL 60603
> Telephone: (312) 372-0770
> Fax: (312) 372-2881
> E-mail: beattyw@jbltd.com