UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Eileen Huss
                              Plaintiff,

v.                                              Case No.: 1:07−cv−07028
                                                Honorable James B. Zagel

IBM Medical and Dental Plan, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 27, 2007:

    MINUTE entry before Judge James B. Zagel :The petition [6] to admit out−of−state counsel pro hac vice is stricken. The request must be made on the appropriate Pro Hac Vice application form which may be obtained on−line or from the Clerk's Office. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.