**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| **EILEEN M. HUSS, individually and as Guardian for JOSEPH R. HUSS, JR.** | **07 c 7028** |
| v. | |
| **IBM MEDICAL AND DENTAL PLAN and R.A. BARNES, in her capacity as Plan Administrator** | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**IBM MEDICAL AND DENAL PLAN and R.A. BARNES, in her capacity as Plan Administrator**

| NAME (Type or print)   **Sara A. Weinberg** |
|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/**Sara A. Weinberg** |
| FIRM<br>    **JACKSON LEWIS LLP** |
| STREET ADDRESS<br>    **320 W. OHIO, SUITE 500** |
| CITY/STATE/ZIP<br>    **CHICAGO, IL  60610** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>**6270806** | TELEPHONE NUMBER<br>**312-787-4949** |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I, Sara A. Weinberg, an attorney, certify that on the 7th day of March, 2008, I caused a true and correct copy of the foregoing Appearance of Sara A. Weinberg to be electronically filed pursuant to the Court's ECF/CM protocols. Notice of these filings will be sent to all parties registered to receive electronic notification, including counsel for plaintiff:

Paul F. Heaton
Gass, Webber, Mullins LLC
309 North Water Street
7th Floor
Milwaukee, WI 53202-5718

William G. Beatty
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603

    /s/ Sara A. Weinberg