**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| EILIEEN M. HUSS, individually and as Guardian for JOSEPH R. HUSS, JR. | 07 C 7028 |
| v. | |
| IBM MEDICAL AND DENTAL PLAN and R.A. BARNES, in her capacity as Plan Administrator | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**IBM MEDICAL AND DENTAL PLAN and R.A. BARNES, in her capacity as Plan Administrator**

| | |
|---|---|
| NAME (Type or print)   **Peter R. Bulmer** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)     s/**Peter R. Bulmer** | |
| FIRM   **JACKSON LEWIS LLP** | |
| STREET ADDRESS   **320 W. OHIO, SUITE 500** | |
| CITY/STATE/ZIP   **CHICAGO, IL  60610** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   **6192960** | TELEPHONE NUMBER   **312-787-4949** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.   RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I, Peter R. Bulmer, an attorney, certify that on the 7th day of March, 2008, I caused a true and correct copy of the foregoing Appearance of Peter R. Bulmer to be electronically filed pursuant to the Court's ECF/CM protocols. Notice of these filings will be sent to all parties registered to receive electronic notification, including counsel for plaintiff:

Paul F. Heaton
Gass, Webber, Mullins LLC
309 North Water Street
7th Floor
Milwaukee, WI 53202-5718

William G. Beatty
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603

/s/ Peter R. Bulmer