UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EILEEN M. HUSS, individually and as Guardian for JOSEPH R. HUSS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> IBM MEDICAL AND DENTAL PLAN and R.A. BARNES in her capacity as Plan Administrator, <br><br> Defendants. | Case No. 07 C 7028 <br> Judge James B. Zagel <br> Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION

TO:   Paul F. Heaton                William G. Beatty
      Gass, Webber, Mullins LLC     Johnson & Bell, Ltd.
      309 North Water Street        33 West Monroe Street
      7th Floor                     Suite 2700
      Milwaukee, Wisconsin 53202-5718   Chicago, Illinois 60603

PLEASE TAKE NOTICE that at **10:15 a.m. on Thursday, March 13, 2008**, Defendants will appear before the Honorable James B. Zagel, or any judge sitting in his stead, in Courtroom 2503, and present **Defendants' Motion to Dismiss Counts II and III of Plaintiff's Complaint and Memorandum of Law in Support,** copies of which are attached hereto and hereby electronically served upon you.

Dated: March 7, 2008                    Respectfully submitted,
                                        IBM MEDICAL AND DENTAL PLAN and
                                        R.A.BARNES

                                        By:__/s/Peter R. Bulmer_____
                                        One of Its Attorneys

Peter R. Bulmer
Sara A. Weinberg
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, Illinois  60610
(312) 787-4949

## CERTIFICATE OF SERVICE

I, Peter R. Bulmer, an attorney, certify that on the 7th day of March, 2008, I caused a true and correct copy of the foregoing Defendants' Notice of Motion to be electronically filed pursuant to the Court's ECF/CM protocols. Notice of these filings will be sent to all parties registered to receive electronic notification, including counsel for plaintiff:

Paul F. Heaton
Gass, Webber, Mullins LLC
309 North Water Street
7th Floor
Milwaukee, WI 53202-5718

William G. Beatty
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603


/s/ Peter R. Bulmer