UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

EILEEN M. HUSS, individually and as
Guardian for JOSEPH R. HUSS, JR.,

        Plaintiff,

    vs.

IBM MEDICAL AND DENTAL
PLAN and R.A. BARNES, in her capacity as
PLAN ADMINISTRATOR,

        Defendants.

Civil Action No. 07 C 7028
Judge James B. Zagel
Mag. Judge Jeffrey Cole

---

## STIPULATION

The parties, by their respective counsel, stipulate to the following briefing schedule on the defendants' pending motion to dismiss, and jointly request a corresponding order be entered by the Court:

(a) Plaintiff shall file a responsive brief in opposition to the pending motion to dismiss within 28 days of the filing of the motion, or on or before April 4, 2008, and

(b) Defendants shall file their reply brief within 14 days of the filing of the response brief, on or before April 18, 2008, assuming an April 4, 2008 filing of the responsive brief.

Dated this 10th day of March, 2008.

        Submitted by consent,

        **/s/ Sara A. Weinberg**
        Sara A. Weinberg (weinbers@jacksonlewis.com)
        Peter R. Balmer (bulmerp@jacksonlewis.com)
        JACKSON LEWIS LLP
        320 West Ohio, Suite 500
        Chicago, IL 60610
        Tel: 312-787-4949; Fax: 312-787-4995
        Attorneys for Defendants

2

       **/s/ Paul F. Heaton**
Paul F. Heaton (heaton@gasswebermullins.com)
GASS WEBER MULLINS LLC
309 North Water Street, 7th Floor
Milwaukee, Wisconsin 53202
Tel:    414-223-3300
Fax:    414-224-6116

William G. Beaty (beattyw@jbltd.com)
Sean J. Hardy (hardys@jbltd.com)
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, IL 60603

Attorneys for Plaintiff, Eileen M. Huss