**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Eileen Huss
                              Plaintiff,

v.                                              Case No.: 1:07−cv−07028
                                                Honorable James B. Zagel

IBM Medical and Dental Plan, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 13, 2008:


    MINUTE entry before Judge Honorable James B. Zagel:Motion hearing held on 3/13/2008. MOTION by Defendants IBM Medical and Dental Plan, R.A. Barnes to dismiss [15] is granted in part and denied in part. Counts I Count III of plaintiff's complaint is granted. Plaintiff is given leave to file an amended complaint by 4/3/2008. Status hearing set for 4/10/2008 at 10:00 AM. All other scheduling dates are stricken.Mailed notice(drw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.