EXHIBIT 2

Case 1:07-cv-07028    Document 23-3    Filed 04/03/2008    Page 1 of 3

# TAB 4—REQUEST FOR DOCUMENTS AND INFORMATION

1. August 2006 Employee Services Center Contact

    a. Name and title of employee who affirmed eligibility

    b. Date and time of the communication

    c. All documents reflecting this contact, and any follow-up steps or communications between July 31, 2006 and the present relating to Joseph's attempted enrollment in the IBM Plan

    d. All electronic records, communications, emails, and other electronic documents reflecting the August 2006 conversation, and relating to all follow-up steps or communications between July 31, 2006 and the present relating to Joseph's attempted enrollment in the IBM Plan

2. Drafting History for 2005 SPD Revisions

    a. All documents reflecting the decision to modify the SPD to move the annual enrollment option language from § 2.3 to § 3.1.1.4

    b. All documents reflecting communications, memos, drafts, and emails concerning this modification of the SPD

3. Other Plan Documents/Insurance Policies

    a. IBM has only produced a "Summary Plan Description." By definition, a Summary Plan Description is just that—a "summary" of the actual plan. Eileen renews her request for any and all documents that reflect the terms and conditions of the actual plan—as opposed to different iterations of the SPD—whether taking the form of a formal Plan Document, insurance policies, or other documents of any kind.

    b. If the Summary Plan Descriptions that have been produced are the only "plan documents," please explain in plain terms why such is the case—why there are no underlying plan documents.

    c. If there are no longer any operative plan documents other than the Summary Plan Descriptions, but there were formal plan documents at some point in time, please advise of date of the last, underlying, formal

        plan document for IBM health benefits, and produce a copy of that actual plan document. Further, produce documentation invalidating such plan document, and adopting the practice of relying solely on "summary plan descriptions."

    d.    The 2006 SPD produced by IBM was published on December 31, 2006, but was "effective" January 1, 2006. Please explain how an SPD governing calendar year 2006 could be the operative, controlling plan document for that calendar year if it was not made available by publication until the last day of the calendar year. If, on the other hand, there was an edition of the SPD published prior to the 2005 and 2006 editions previously produced by IBM, produce all such editions for 2006, as well as any other interim editions that have not been produced during the time period in question—January 1, 2003 to the present.

    e.    Produce any and all documents, internal memos, interpretation notes, or other written materials that reflect or discuss in any fashion the eligibility and enrollment requirements for the IBM Plan in general, and for the age 23 and older mentally disabled dependent benefits in particular. Do the insurance contracts include sections on eligibility? Do the third-party administrators have governing documents addressing eligibility? If so, please identify and produce such documents.

4.    Other Affirmations of Continued Eligibility

    a.    Produce documents reflecting other instances similar to the August 2006 conversation in which IBM Plan employees/representatives confirmed that eligibility continues beyond age 23, and is not subject to a 60-day window application.

    b.    Produce any internal business communications addressing this topic.

5.    Documents reflecting the complete record of any contacts and communications between Eileen and IBM concerning eligibility, enrollment, and receipt of benefits under the IBM Plan

6.    History of Joseph's enrollment in the IBM Plan from the beginning of Eileen's employment to the present