UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

EILEEN M. HUSS,

                Plaintiff,

                                                 Civil Action No. 07-C-7028

      vs.

IBM MEDICAL AND DENTAL
PLAN and R.A. BARNES, in her capacity as
PLAN ADMINISTRATOR,

                Defendants.

---

## CERTIFICATE OF SERVICE

        I hereby certify that on April 3, 2008, I electronically filed plaintiff's (1) Amended Complaint and (2) Statement on Filing of Amended Complaint with the Clerk of Court using the ECF system, which will send notification of such filing to Sara A. Weinberg, Jackson Lewis, 320 West Ohio Street, Suite 500, Chicago, IL 60610, weinbers@jacksonlewis.com.

        Dated this 3rd day of April, 2008.

                                                 Respectfully submitted,

                                                 GASS WEBER MULLINS LLC

                                                 **/s/ Paul F. Heaton**
                                                 Paul F. Heaton
                                                 Brian G. Cahill
                                                 309 North Water Street, 7th Floor
                                                 Milwaukee, Wisconsin 53202
                                                 Tel:     414-223-3300
                                                 Fax:    414-224-6116
                                                 heaton@gasswebermullins.com
                                                 cahill@gasswebermullins.com

                                                 and

                                                 William G. Beatty
                                                 JOHNSON & BELL, LTD.
                                                 33 West Monroe Street, Suite 2700
                                                 Chicago, IL 60603-5404
                                                 Tel:     312-372-0770
                                                 Fax:    312-473-9828
                                                 beattyw@jbltd.com

                                    Attorneys for Plaintiff, Eileen M. Huss