UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EILEEN M. HUSS, individually and as Guardian for JOSEPH R. HUSS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> IBM MEDICAL AND DENTAL PLAN and R.A. BARNES in her capacity as Plan Administrator, <br><br> Defendants. | Case No. 07 C 7028 <br> Judge James B. Zagel <br> Magistrate Judge Jeffrey Cole |

**DEFENDANTS' F.R.Civ.P. 12(b)(6) MOTION TO
DISMISS COUNTS II AND III OF PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants IBM Medical and Dental Plan and R.A. Barnes, by and through their undersigned counsel, hereby submit this motion to dismiss Counts II and III of Plaintiff's Amended Complaint. As more fully explained in Defendants' contemporaneously filed memorandum in support of this motion, Counts II and III are deficient for several reasons. For example, in Count II Plaintiff has not pled any entitlement to relief under 29 U.S.C. §1132(c). And, with respect to Count III's putative breach of fiduciary duty claim under 29 U.S.C. §1132(a)(3), Plaintiff has not satisfied the elemental requirements for a breach of fiduciary duty claim under 29 U.S.C. §1132(a)(3) and the relief sought is duplicative of the claim in Count I for denial of benefits under 29 U.S.C. §1132(a)(1)(B). Therefore, this Court should dismiss Counts II and III of Plaintiff's Amended Complaint with prejudice.

In making this motion, Defendants rely upon the pleadings, the applicable law, and their contemporaneously filed memorandum in support of this motion.

Dated: April 23, 2008                                   IBM MEDICAL AND DENTAL PLAN and
                                                        R.A. BARNES

                                                        By:      /s/ Peter R. Bulmer

Peter R. Bulmer
Sara A. Weinberg
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, Illinois 60610
Tel:   312.787.4949
Fax:   312.787.4995
Email: bulmerp@jacksonlewis.com
       weinbers@jacksonlewis.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Peter R. Bulmer, an attorney, certify that on the 23rd day of April, 2008, I caused a true and correct copy of the foregoing Defendants' Motion to Dismiss Counts II and III of Plaintiff's Amended Complaint to be electronically filed pursuant to the Court's ECF/CM protocols. Notice of these filings will be sent to all parties registered to receive electronic notification, including counsel for plaintiff:

>Paul F. Heaton
>Brian G. Cahill
>Gass, Webber, Mullins LLC
>309 North Water Street
>7th Floor
>Milwaukee, WI 53202-5718

>William G. Beatty
>Johnson & Bell, Ltd.
>33 West Monroe Street
>Suite 2700
>Chicago, Illinois 60603

                                                           /s/ Peter R. Bulmer