UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EILEEN M. HUSS, individually and as Guardian for JOSEPH R. HUSS, JR.,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>IBM MEDICAL AND DENTAL PLAN and R.A. BARNES in her capacity as Plan Administrator,<br><br>　　　　　　Defendants. | Case No. 07 C 7028<br>Judge James B. Zagel<br>Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION

TO:　Paul F. Heaton　　　　　　　　　　　　William G. Beatty
　　　Gass, Webber, Mullins LLC　　　　　　Johnson & Bell, Ltd.
　　　309 North Water Street　　　　　　　　33 West Monroe Street
　　　7th Floor　　　　　　　　　　　　　　　Suite 2700
　　　Milwaukee, Wisconsin 53202-5718　　　Chicago, Illinois 60603

PLEASE TAKE NOTICE THAT on April 23, 2008, we caused to be filed **Defendants' Motion to Dismiss Counts II and III of Plaintiff's Amended Complaint and Memorandum of Law in Support** with the Court by the Court's ECF/CM electronic filing protocols, that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

Dated: April 23, 2008　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　IBM MEDICAL AND DENTAL PLAN and
　　　　　　　　　　　　　　　　　　　　　　　R.A.BARNES

　　　　　　　　　　　　　　　　　　　　　　　By:__/s/Peter R. Bulmer_____
　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Peter R. Bulmer
Sara A. Weinberg
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, Illinois  60610
(312) 787-4949

## **CERTIFICATE OF SERVICE**

I, Peter R. Bulmer, an attorney, certify that on the 23rd day of April, 2008, I caused a true and correct copy of the foregoing Defendants' Notice of Filing to be electronically filed pursuant to the Court's ECF/CM protocols. Notice of these filings will be sent to all parties registered to receive electronic notification, including counsel for plaintiff:

Paul F. Heaton
Gass, Webber, Mullins LLC
309 North Water Street
7th Floor
Milwaukee, WI 53202-5718

William G. Beatty
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603


　　　　　/s/ Peter R. Bulmer