## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| EILEEN M. HUSS, individually and as<br>Guardian for JOSEPH R. HUSS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07 C 7028 |
| | ) | Judge James B. Zagel |
| IBM MEDICAL AND DENTAL PLAN and | ) | Magistrate Judge Jeffrey Cole |
| R.A. BARNES in her capacity as Plan | ) | |
| Administrator, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF FILING</u>

TO:    Paul F. Heaton               William G. Beatty
          Gass, Webber, Mullins LLC        Johnson & Bell, Ltd.
          309 North Water Street           33 West Monroe Street
          7th Floor                        Suite 2700
          Milwaukee, Wisconsin 53202-5718   Chicago, Illinois 60603

PLEASE TAKE NOTICE THAT on April 23, 2008, we caused to be filed **Defendants'**

**Answer and Affirmative Defenses to Count I of Plaintiff's Amended Complaint** with the

Court by the Court's ECF/CM electronic filing protocols, that same will therefore be

electronically served upon all attorneys of record registered with the Court's ECF/CM system.

Dated: April 23, 2008               Respectfully submitted,

                                    IBM MEDICAL AND DENTAL PLAN and
                                    R.A.BARNES

                                    By:__/s/Peter R. Bulmer_____
                                    One of Its Attorneys

Peter R. Bulmer
Sara A. Weinberg
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, Illinois 60610
(312) 787-4949

## <u>CERTIFICATE OF SERVICE</u>

I, Peter R. Bulmer, an attorney, certify that on the 23rd day of April, 2008, I caused a true and correct copy of the foregoing Defendants' Notice of Filing and Answer and Affirmative Defenses to be electronically filed pursuant to the Court's ECF/CM protocols. Notice of these filings will be sent to all parties registered to receive electronic notification, including counsel for plaintiff:

Paul F. Heaton
Gass, Webber, Mullins LLC
309 North Water Street
7th Floor
Milwaukee, WI 53202-5718

William G. Beatty
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603


_____/s/ Peter R. Bulmer_____