**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division**

Eileen Huss
                              Plaintiff,

v.                                          Case No.: 1:07−cv−07028
                                            Honorable James B. Zagel

IBM Medical and Dental Plan, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 10, 2008:

    MINUTE entry before Judge Honorable James B. Zagel:Status hearing held on 4/10/2008. Set deadlines as to motion to dismiss [26] Response due by 5/14/2008. Reply due by 5/28/2008. Status hearing set for 6/30/2008 at 10:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.