UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

EILEEN M. HUSS,

        Plaintiff,

                                Civil Action No. 07-C-7028

  vs.

IBM MEDICAL AND DENTAL
PLAN and R.A. BARNES, in her capacity as
PLAN ADMINISTRATOR,

        Defendants.

---

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2008, I electronically filed plaintiff's Brief in Response to Defendants' Motion to Dismiss with the Clerk of Court using the ECF system, which will send notification of such filing to Sara A. Weinberg, Jackson Lewis, 320 West Ohio Street, Suite 500, Chicago, IL 60610, weinbers@jacksonlewis.com.

Dated this 14th day of May, 2008.

                                Respectfully submitted,

                                GASS WEBER MULLINS LLC

                                **/s/ Paul F. Heaton**
                                Paul F. Heaton
                                Brian G. Cahill
                                309 North Water Street, 7th Floor
                                Milwaukee, Wisconsin 53202
                                Tel:    414-223-3300
                                Fax:   414-224-6116
                                heaton@gasswebermullins.com
                                cahill@gasswebermullins.com

                                and

                                William G. Beatty
                                JOHNSON & BELL, LTD.
                                33 West Monroe Street, Suite 2700
                                Chicago, IL 60603-5404
                                Tel:    312-372-0770
                                Fax:   312-473-9828
                                beattyw@jbltd.com

                            Attorneys for Plaintiff, Eileen M. Huss